**STATE of Missouri, Respondent,**

v.

**Harold WEAVER, Appellant.**

**Harold WEAVER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 62193 and 63635.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 3, 1994.

John Klosterman, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Spillane, Asst. Atty. Gen., Jefferson City, for respondent.

Before SIMON, P.J., and PUDLOWSKI and CRANDALL, JJ.

### *ORDER*

PER CURIAM.

Appellant appeals his convictions by a jury of attempted forcible rape, § 566.030 R.S.Mo. 1986, one count of first degree assault, § 565.050 R.S.Mo.1986, and one count of armed criminal action, § 571.015 R.S.Mo. 1986.

No jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 30.25(b).

Appellant also appeals the denial of his Rule 29.15 motion for ineffective assistance of trial counsel.

The judgment of the motion court denying appellant's Rule 29.15 motion is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).